UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-7200-MWF (AJWX)**                              Dated: November 6, 2014
Title:        Forged Threadworks, Inc. -*v*- Infidel Industries LLC

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on November 4, 2014, the Court sets a hearing for Order To Show Cause Re Default Judgment for December 8, 2014 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

IT IS SO ORDERED.

MINUTES FORM 90                                                                                    Initials of Deputy Clerk __kss__
CIVIL - GEN

-1-