JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORGED THREADWORKS, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> INFIDEL INDUSTRIES LLC, <br><br>             Defendant. | Case No. CV14-07200 MWF (AJWx) <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

Defendant INFIDEL INDUSTRIES LLC, having been served with a copy of the Summons and Complaint in this action, the time having passed for Defendant to answer, the default of Defendant having been duly entered, and for good cause appearing from the Motion of Plaintiff FORGED THREADWORKS, INC., for Entry of Default Judgment Against Defendants, and the evidence submitted in support of the Motion,

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the
2  Court enters Judgment in favor of FORGED THREADWORKS, INC. and against
3  Defendant INFIDEL INDUSTRIES LLC as follows:

4      Statutory Damages        $150,000.00
5      Actual Damages        $ 16,777.20 plus pre-judgment interest
6      Attorneys' Fees        $ 6,935.54

7

8      **Total**        **$ 173,712.74**

9  The Court also awards costs, and post-judgment interest at the rate provided
10 for in 28 U.S.C. § 1961.

11 A permanent injunction is also entered as follows:

12 A. Defendant, its officers, agents, servants, employees, and attorneys, and all
13     persons in active concert or participation with any of them, be
14     permanently enjoined from:

15       i.   infringing Plaintiff's copyrights and trademarks;
16       ii.  using any designation confusingly similar to Plaintiff, including
17           without limitation: NO QUARTER and OPERATION HONOR
18           THEM;
19       iii. competing unfairly with Plaintiff in any manner, including
20           infringing any of Plaintiff's copyright and trademark rights; and
21       iv. conspiring, encouraging, inducing, allowing, abetting, or assisting
22           others in performing any of the activities referred to in
23           subparagraphs (i) - (iii) above.

24 B. Defendant, its officers, agents, servants, employees, and attorneys, and all
25     persons in active concert or participation with any of them, are to deliver
26     for destruction to Plaintiff, or show proof of destruction of, any and all
27     products, labels, signs, prints, packages, wrappers, receptacles, and
28     advertisements, and any other materials in their possession or control that

1        depict or reference any of Plaintiff's copyrighted materials, and any
2        materials or articles used for making or reproducing the same.
3   C. Defendant file with the Court and serve on Plaintiff, within 30 days after
4        the entry and service on Defendant of an injunction, a report in writing and
5        attested to under penalty of perjury setting forth in detail the manner and
6        form in which Defendant has complied with the provisions of
7        subparagraphs (A) and (B) above.

DATED: June 2, 2015

                        MICHAEL W. FITZGERALD
                        United States District Court Judge